|  |  |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ALLIED PREMIER INSURANCE, A RISK RETENTION GROUP,<br><br>Plaintiff,<br><br>v.<br><br>UNITED FINANCIAL CAUSUALTY COMPANY,<br><br>Defendant. | Case No. EDCV 18-88 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, "[W]here two or more insurers independently provide primary insurance on the same risk for which they are both liable for any loss to the same insured, the insurance carrier who pays the loss or defends a lawsuit against the insured is entitled to equitable contribution from the other insurer or insurers[.]" Fireman's Fund Ins. Co. v. Md. Cas. Co., 65 Cal. App. 4th 1279, 1289 (1998). There is no genuine dispute of fact that Plaintiff Allied Premier Insurance, a Risk Retention Group ("Allied") and Defendant Unifted Financial Causualty Compnay ("UFCC") provided co-primary insurance coverage on the same risk for which they were both liable or that Allied defended

the Lawsuit[1] against José Porras. The Court therefore GRANTS Plaintiff summary judgment on its equitable contribution claim. The parties agree that, if they are co-primary, they each share equally the $1 million paid by Allied to settle the underlying Lawsuit. Plaintiff has thus shown it is entitled to equitable contribution in the amount of $ 500,000.

Summary judgment is likewise GRANTED on Plaintiff's equitable subrogation claim to the extent consistent with but not duplicative of the remedy provided under Plaintiff's equitable contribution claim. The Court also GRANTS Plaintiff's request for declaratory relief insofar as it is consistent with the Court's determination of the parties' rights and obligations as laid out in the Order filed concurrently herewith.

Dated: December 30, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge

---

[1] Emmett Jones, Jr. and Sherri Bruner-Jones v. Jose Francisco Porras and Horizon Transporters, Case No. C1VDS1517662.