# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED PREMIER INSURANCE, A RISK RETENTION GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED FINANCIAL CASUALTY COMPANY,<br><br>Defendant. | Case No. 5:18-cv-00088-JGB-KK<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Ninth Circuit memorandum and mandate, **IT IS HEREBY ORDERED** that final judgment be **ENTERED** in favor of Defendant United Financial Casualty Company and against Plaintiff Allied Premier Insurance, a Risk Retention Group.

**IT IS SO ORDERED.**

Dated: June 24, 2024

_____
Honorable Jesus G. Bernal
United States District Judge